UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HELIO J. LEAL DE LA HOZ, | CASE NO. C18-268 MJP |
| Plaintiff, | ORDER OF DISMISSAL |
| v. | |
| HUSH COMMUNICATIONS CANADA INC, | |
| Defendant. | |

On February 27, 2018, Plaintiff was advised that the complaint he had filed in the above-entitled matter was insufficient to meet the pleading standards of federal civil procedure. (Dkt. No. 6.) The deficiencies of the complaint were discussed in detail, as were the means by which Plaintiff could bring his complaint into conformity with the Federal Rules of Civil Procedure and be permitted to proceed.

Plaintiff was given 30 days from the date of the order to file an amended complaint. As of this date, nothing has been filed. Accordingly,

IT IS ORDERED that Plaintiff's complaint is DISMISSED without prejudice.

The clerk is ordered to mail a copy of this Order to Mr. Leal de La Hoz at 77 S. Washington St., Seattle, WA 98104.

Dated: April 4, 2018.

The Honorable Marsha J. Pechman
United States Senior District Court Judge